JS 45 (4/24) Electronic Version    **Criminal Case Cover Sheet – U.S. District Court**

*FILED/REC'D JUN 26 2024 CLERK OF COURT WESTERN DISTRICT OF WISCONSIN*

### Place of Offense:
- City: Mercer
- County/Parrish: _____

### Related Case Information:
- Superseding: _____
- Same Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: 24mj21
- R 20 / R40 from District of: _____
- This case was opened after USAO# 2024R000061 __ __ Yes
- Docket Number: 24-cr-75-wmc
- New Defendant: _____

### Defendant information:
- Matter to be Sealed: ✓ Yes __ No
- Def. Name: Jose S. Farinango Muenala
- Alias Name: Jose Farinango/J. Santy Farinango
- City/State: Cassleberry/FL
- Year of Birth: 1979
- Last 4 digits of SSN: 7794
- Sex: M
- Race: H

### U.S. Attorney Information:
- AUSA: TAYLOR L. KRAUS
- Bar #: _____
- Interpreter: ✓ No __ Yes
- List language and/or dialect: _____

### Location Status:
- Arrest Date: _____
- __ Already in Federal Custody as of: _____ in _____
- __ Already in State Custody
- __ On Pretrial Release

### U.S.C. Citations:
Total # of Counts: 3    Petty ___    Misdemeanor ___    Felony 3
- Class A ___
- Class B ___
- Class C ___

| Index Key/Code | | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. Sec. 1341 | Wire fraud | 1 |
| Set 2 | 18 U.S.C. Sec. 1343 | Mail fraud | 2 |
| Set 3 | 18 U.S.C. Sec. 1159(a) | Misrepresentation of Indian made goods | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 6/24/2024    Signature of AUSA /s/ Taylor L. Kraus