AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Jose S. Farinango Muenala<br>a.k.a Jose Farinango,<br>a.k.a J. Santy Farinango<br>*Defendant* | )<br>)<br>)  Case No. ~~SEALED~~  24-cr-75-wmc<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, WI 53703 | Courtroom No.: | 460 |
|---|---|---|---|
| | | Date and Time: | 7/30/2024 at 10:30 am |

This offense is briefly described as follows:

Count 1: Wire fraud
Count 2: Mail fraud
Count 3: Misrepresentation of Indian produced goods

Date: 6/26/2024

s/ R. Swanson, Deputy Clerk
*Issuing officer's signature*

R. Swanson, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*