The Wayback Machine - https://web.archive.org/web/20090105225827/http://www.kenaimusic.com:80/index.htm

HOME   DISCOGRAPHY   INSTRUMENTS   JEWELRY   CONTACT   GUESTBOOK



Kenai Music is pleased to Welcome you to our web site.
I am happy to open the door for you to a mystical world of Traditional Native American Music, where I express the cultural heritage of my roots through the talent given to me by Mother Earth. With the sound of the wind instruments, such as Native American Flutes as well as South American Flutes, I searched the way to capture the fusion of various Native World Tribes and now I bring you the best of our past generations, telling with each melody the story of Spiritual Journey and Daily Meditation.
The music I play express the nostalgic feelings of my people. I would like to share with you the best of our culture, the roots of my people who love, live and fight defending their origines.

BIOGRAPHY

My name is Jose Farinango. I belong to the Kechua Nation. I started playing music at an early age of 12 in 1991, inheriting this talent from my grandfather "Taita Julian Muenala" (1914-1996) In a short time I developed an interest and grew in the art of wind musical instruments. I joined the musical group called "Taky Winds" started in 1998 by my older brother and our cousins. We gave concerts in various countries, among them Canada, USA, Japan, Korea, Italy, Spain, France, and we were privileged to be accepted by people who loved our music. Years later, in 2002, I found my way to continue my musical journey as a solo flute artist, making my own records of traditional and contemporary music.
I dedicate all my work, first of all, to the Elders, to the Ones we owe everything we know now ,to the Ones that sacrifice everything in order to give us the chance to do the same. I also thank my family for their support, their advise and their love.
Thanks to all the people for their help in making the dream possible.
I thank you all for letting me come to you through the sweet sound of the flutes.