

invoice for order #1751

**5815 Menaul Blvd NE**
**Albuquerque, NM 87110 USA**

## Shipping Details

**Jose Farinango**
Southwest Expressions
Oakland Gardens , New York 11364
United States

State Reseller #
NY

Reseller Affidavit & Agreement
Yes, I am a reseller. I certify that I am purchasing on behalf of my company for resale purposes and that all information provided on this form is accurate. You may contact me to verify my credentials if necessary. I also understand that Turquoise Factory sells only imported goods (primarily from the Philippines), which are properly marked in accordance to laws and regulations, and I understand that misrepresenting the jewelry as anything other than of imported origin is against the law. I indemnify Turquoise Factory and its members, employees, associates, and affiliates from any liability related to such violations on my part. I understand that Turquoise Factory reserves the right to reject and/or cancel any order and/or close my account at its discretion. I have read, understand and agree to the above, as well as to all the information, terms, and conditions set forth throughout this site, FAQs page, and on the Terms & Conditions page.

Phone:
Email:

## Billing Details

**Jose Farinango**
Southwest Expressions
Oakland Gardens , New York 11364
United States

State Reseller #
NY

Reseller Affidavit & Agreement
Yes, I am a reseller. I certify that I am purchasing on behalf of my company for resale purposes and that all information provided on this form is accurate. You may contact me to verify my credentials if necessary. I also understand that Turquoise Factory sells only imported goods (primarily from the Philippines), which are properly marked in accordance to laws and regulations, and I understand that misrepresenting the jewelry as anything other than of imported origin is against the law. I indemnify Turquoise Factory and its members, employees, associates, and affiliates from any liability related to such violations on my part. I understand that Turquoise Factory reserves the right to reject and/or cancel any order and/or close my account at its discretion. I have read, understand and agree to the above, as well as to all the information, terms, and conditions set forth throughout this site, FAQs page, and on the Terms & Conditions page.

Phone:
Email:

| | |
|---|---|
| **Shipping Method:** | 2-3 Days |
| **Order:** | #1751 |
| **Order Date:** | 4th Jun 2023 |
| **Payment Method:** | Credit Card ($2,812) |

## Order Items

| Qty | Code/SKU | Product Name | | | Price | Total |
|---|---|---|---|---|---|---|
| 3 | R2587-C01-8 | Multi-Gemstone Ring Sterling Silver R2587-C01 | Size: | 8 | $18 USD | $54 USD |
| 3 | R2587-C01-7 | Multi-Gemstone Ring Sterling Silver R2587-C01 | Size: | 7 | $18 USD | $54 USD |
| 3 | R2587-C05-7 | Turquoise Ring Sterling Silver R2587-C05 | Size: | 7 | $18 USD | $54 USD |
| 3 | R2587-C05-8 | Turquoise Ring Sterling Silver R2587-C05 | Size: | 8 | $18 USD | $54 USD |
| 3 | R2587-C05-9 | Turquoise Ring Sterling Silver R2587-C05 | Size: | 9 | $18 USD | $54 USD |
| 4 | R2580-C05-7 | Turquoise Ring Sterling Silver R2580-C05 | Size: | 7 | $12 USD | $48 USD |

| Qty | Code/SKU | Product Name | | | Price | Total |
|---|---|---|---|---|---|---|
| 2 | R2580-C05-8 | Turquoise Ring Sterling Silver R2580-C05 | Size: | 8 | $12 USD | $24 USD |
| 3 | R2580-C05-9 | Turquoise Ring Sterling Silver R2580-C05 | Size: | 9 | $12 USD | $36 USD |
| 2 | R2580-C05-10 | Turquoise Ring Sterling Silver R2580-C05 | Size: | 10 | $12 USD | $24 USD |
| 5 | R2533-C105-6 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 6 | $14 USD | $70 USD |
| 5 | R2533-C105-7 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 7 | $14 USD | $70 USD |
| 5 | R2533-C105-8 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 8 | $14 USD | $70 USD |
| 5 | R2533-C105-9 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 9 | $14 USD | $70 USD |
| 3 | R2533-C105-10 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 10 | $14 USD | $42 USD |
| 2 | R2533-C105-11 | Turquoise Eternity Band Ring Sterling Silver R2533-C105 | Size: | 11 | $14 USD | $28 USD |
| 4 | E1255-C01 | Sterling Silver Hoop Earrings Multi Gemstones E1255-C01 | | | $16 USD | $64 USD |
| 3 | R2421-C71-6 | Multi Gemstone Ring Sterling Silver R2421-C71 | Size: | 6 | $12 USD | $36 USD |
| 3 | R2421-C71-7 | Multi Gemstone Ring Sterling Silver R2421-C71 | Size: | 7 | $12 USD | $36 USD |
| 3 | R2421-C71-8 | Multi Gemstone Ring Sterling Silver R2421-C71 | Size: | 8 | $12 USD | $36 USD |
| 3 | R2421-C71-9 | Multi Gemstone Ring Sterling Silver R2421-C71 | Size: | 9 | $12 USD | $36 USD |
| 2 | R2421-C71-10 | Multi Gemstone Ring Sterling Silver R2421-C71 | Size: | 10 | $12 USD | $24 USD |
| 3 | R2532-C105-6 | Turquoise Eternity Band Ring Sterling Silver R2532-C105 | Size: | 6 | $18 USD | $54 USD |
| 2 | R2532-C105-7 | Turquoise Eternity Band Ring Sterling Silver R2532-C105 | Size: | 7 | $18 USD | $36 USD |
| 2 | R2532-C105-10 | Turquoise Eternity Band Ring Sterling Silver R2532-C105 | Size: | 10 | $18 USD | $36 USD |
| 10 | E1260-C05 | Sterling Silver Earrings Turquoise E1260-C05 | | | $20 USD | $200 USD |
| 3 | R2241-C71-7 | Multi Gemstone Ring Sterling Silver R2241-C71 | Size: | 7 | $11 USD | $33 USD |
| 3 | R2241-C71-8 | Multi Gemstone Ring Sterling Silver R2241-C71 | Size: | 8 | $11 USD | $33 USD |
| 3 | R2241-C71-9 | Multi Gemstone Ring Sterling Silver R2241-C71 | Size: | 9 | $11 USD | $33 USD |
| 3 | R2499-C75-6 | Turquoise Feather Ring Sterling Silver R2499-C75 | Size: | 6 | $14 USD | $42 USD |
| 3 | R2499-C75-7 | Turquoise Feather Ring Sterling Silver R2499-C75 | Size: | 7 | $14 USD | $42 USD |
| 3 | R2499-C75-8 | Turquoise Feather Ring Sterling Silver R2499-C75 | Size: | 8 | $14 USD | $42 USD |
| 3 | R2499-C75-9 | Turquoise Feather Ring Sterling Silver R2499-C75 | Size: | 9 | $14 USD | $42 USD |
| 2 | R2487-C75-7 | Turquoise Ring Sterling Silver R2487-C75 | Size: | 7 | $15 USD | $30 USD |
| 2 | R2487-C75-8 | Turquoise Ring Sterling Silver R2487-C75 | Size: | 8 | $15 USD | $30 USD |
| 2 | R2487-C75-9 | Turquoise Ring Sterling Silver R2487-C75 | Size: | 9 | $15 USD | $30 USD |
| 2 | R2487-C75-10 | Turquoise Ring Sterling Silver R2487-C75 | Size: | 10 | $15 USD | $30 USD |

| Qty | Code/SKU | Product Name | | | Price | Total |
|---|---|---|---|---|---|---|
| 3 | R2272-C05-6 | Turquoise Ring Sterling Silver R2272-C05 | Size: | 6 | $18 USD | $54 USD |
| 3 | R2272-C05-7 | Turquoise Ring Sterling Silver R2272-C05 | Size: | 7 | $18 USD | $54 USD |
| 2 | R2429-C94-7 | Sky Matrix Turquoise Ring Sterling Silver R2429-C94 | Size: | 7 | $18 USD | $36 USD |
| 2 | R2429-C94-8 | Sky Matrix Turquoise Ring Sterling Silver R2429-C94 | Size: | 8 | $18 USD | $36 USD |
| 2 | R2429-C94-9 | Sky Matrix Turquoise Ring Sterling Silver R2429-C94 | Size: | 9 | $18 USD | $36 USD |
| 2 | R2497-C75-10 | Turquoise Eternity Ring Sterling Silver R2497-C75 | Size: | 10 | $18 USD | $36 USD |
| 2 | R2497-C75-11 | Turquoise Eternity Ring Sterling Silver R2497-C75 | Size: | 11 | $18 USD | $36 USD |
| 2 | B5603-C75 | Turquoise Bracelet Sterling Silver B5603-C75 | | | $110 USD | $220 USD |
| 2 | B5603-C72 | Multi Gemstone Bracelet Sterling Silver B5603-C72 | | | $110 USD | $220 USD |
| 6 | E1260-C07 | Sterling Silver Earrings Purple Turquoise E1260-C07 | | | $18 USD | $108 USD |
| 6 | E1358-LG-C84 | Matrix Turquoise Earrings Sterling E1358-LG-C84 | | | $15 USD | $90 USD |
| 2 | R2572-LG-C84-7 | Matrix Turquoise Ring Sterling Silver R2572-LG-C84 (LARGER style) | Size: | 7 | $30 USD | $60 USD |
| 2 | R2572-LG-C84-8 | Matrix Turquoise Ring Sterling Silver R2572-LG-C84 (LARGER style) | Size: | 8 | $30 USD | $60 USD |
| 2 | R2572-LG-C84-9 | Matrix Turquoise Ring Sterling Silver R2572-LG-C84 (LARGER style) | Size: | 9 | $30 USD | $60 USD |
| 2 | R2572-LG-C84-10 | Matrix Turquoise Ring Sterling Silver R2572-LG-C84 (LARGER style) | Size: | 10 | $30 USD | $60 USD |
| 2 | R2572-LG-C75-7 | Turquoise Ring Sterling Silver R2572-LG-C75 (LARGER style) | Size: | 7 | $30 USD | $60 USD |
| 2 | R2572-LG-C75-8 | Turquoise Ring Sterling Silver R2572-LG-C75 (LARGER style) | Size: | 8 | $30 USD | $60 USD |
| 2 | R2572-LG-C75-9 | Turquoise Ring Sterling Silver R2572-LG-C75 (LARGER style) | Size: | 9 | $30 USD | $60 USD |
| 2 | R2572-LG-C75-10 | Turquoise Ring Sterling Silver R2572-LG-C75 (LARGER style) | Size: | 10 | $30 USD | $60 USD |

Total Qty: 163

| | |
|---|---|
| Subtotal: | $3,103 USD |
| Discount: | -$311 USD |
| Shipping: | $20 USD |
| Tax: | $0 USD |
| **Grand total:** | **$2,812 USD** |

## Comments

Qty 3 R2421-C71-7 and Qty 1 R2272-C05-6 are sold out. A refund of $48 ($54 less 10% discount) has been issued separately to your credit card. We apologize for the inventory discrepancy on our website.