# 2024 Loon Day Application
## Wed. August 7, 2023 9am - 4pm
### Downtown Mercer, WI ~ Rain or Shine
MercerLoonDay.com



Exhibitor Name(s): Jose Farinango
Business Name: Southwest Expressions
Mailing Address: ▮
City: ▮   State: NY   Zip Code: ▮
Phone (Daytime): ▮   Email: ▮
WI Seller's Permit #: _____
If none, list last 4 digits of SSN or FEIN: ▮

Select the category that best describes your business model:

(Artisan/Crafter)   Food Truck/cart/stand   Maker/Inventor   Resale/Retail/Flea

| Size | Day of 8/2/2023 | By 12/31/2023 | After 1/1/2024 | # of Spaces |
|---|---|---|---|---|
| Single | $90.00 | $100.00 | $110.00 | 1 |
| Double | $150.00 | $165.00 | $180.00 | |
| Triple | $210.00 | $230.00 | $260.00 | |

*Larger size booths are available- please contact staff for prices.
*Additional PayPal fees will be charged for ALL online payments

Cost Per 10 X 10 Space

Special Requests:

Spot #1: Same corner space from 2023 Thank you.   Spot #2: _____   Spot #3: _____

Please list all the items you plan to sell:

Native American Sterling Silver Jewelry and dream catchers

Review the back of the page for guideline and details for the event

