SA Boik discovered FARINANGO was advertised and listed as a vendor for the Three Rivers Art Festival located in Pittsburgh, PA. FARINANGO was scheduled to attend from June 2, 2023 – June 6, 2023. FARINANGO's vendor description on the Three Rivers Art Festival website stated the following (attachment 1, festival listings):

*"Deriving from the Pueblo Nation in New Mexico, Jose Farinango is both the artist and designer for the Jewelry, a combination of both Native American and modern inlay style jewelry. Through the combination of several natural stones found throughout the Southwest region and various semi precious stones like turquoise, opal, coral and black Onyx, he has infused his Native American culture in the modern jewelry and created a layout in which he is able to express the traditional layout as well as instill a contemporary design."*

SA Boik observed FARINANGO was advertised and listed as a vendor for the Grand Haven Art Festival located in Grand Haven, MI. The Grand Haven Art Festival was scheduled from June 23, 2023 – June 25, 2023. The Grand Haven Art Festival Facebook page featured FARINANGO and stated the following:

*"Jose Farinango is a Native American artist preserving his culture by making contemporary and traditional jewelry. He starts by forming a shape in the molds, choosing the stones, cutting and setting them."*

Additionally, SA Boik noticed FARINANGO as a vendor for the Loon Day Festival located in Mercer, WI. The Loon Day Festival was scheduled to occur on August 2, 2023 from 9:00 a.m. to 4:00 p.m. The Loon Day Festival website described FARINANGO as:

*"Artisan/Crafter – Handcrafted Native American Traditional and Contemporary sterling silver jewelry"*

